# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| AIT WORLDWIDE LOGISTICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BELLAPIERRE COSMETICS, INC., <br><br> Defendant. | Case No. 1:20-cv-06848 <br><br> Honorable Judge Thomas M. Durkin <br> Judge Presiding <br><br> Honorable Judge Susan E. Cox <br> Magistrate Judge |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff AIT Worldwide Logistics, Inc. and Defendant Bellapierre Cosmetics, Inc., through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate and agree to voluntarily dismiss this action with prejudice. Each party will bear its own costs and attorneys' fees.

Respectfully submitted this 24th day of June, 2022.

/s/ Thadford A. Felton
Thadford A. Felton (# 6224896)
taf@greensfelder.com
Courtney Adair (# 6298188)
cadair@greensfelder.com
Greensfelder, Hemker & Gale, P.C.
200 West Madison St., # 3300,
Chicago, IL 60606
Phone: 312-419-9090
Fax: 312-419-1930
Chicago, IL 60606

Ryan H. Niland (N.C. Bar No. 49430)
*Pro Hac Vice*
Womble Bond Dickinson (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
Phone: 336-721-3600

/s/ Thomas A. Zimmerman
Thomas A. Zimmerman
Sharon A. Harris
Matthew C. De Re
Jeffrey D. Blake
Zimmerman Law Offices, P.C.
77 W. Washington Street, Suite 1220
Chicago, Illinois 60602
(312) 440-0020 telephone
(312) 440-4180 facsimile
www.attorneyzim.com
*firm@attorneyzim.com*

*Counsel for Defendant*

Fax: 336-721-3660
Email: ryan.niland@wbd-us.com
*Pro Hac Vice*

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I, Estivaliz Wuollett, a non-attorney hereby certifies that on June 24, 2022, a true and accurate copy of the foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was electronically filed with this Court. Notice of this filing will be sent by operation of the Court's CM/ECF electronic filing system to all parties indicated on the electronic receipt.

              /s/ Estivaliz Wuollett
              Estivaliz Wuollett, Paralegal